UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-25138-KMW

WINDY LUCIUS,

    Plaintiff,

v.

THE WENDY'S COMPANY,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant, The Wendy's Company, by and through the undersigned attorney, hereby notifies the Court that the Plaintiff, Windy Lucius, and Defendant have amicably resolved this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize a settlement agreement and submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

Dated:  February 4, 2020                      Respectfully submitted

                                                */s/ Hannesson I. Murphy*
                                                Hannesson I. Murphy (#0128589)
                                                **BARNES & THORNBURG LLP**
                                                11 South Meridian Street
                                                Indianapolis, IN  46204
                                                Telephone:    (317) 231-7210
                                                Facsimile:     (317) 231-7433
                                                Email:            hmurphy@btlaw.com

                                                Attorney for Defendant, The Wendy's Company

## CERTIFICATE OF SERVICE

I hereby certified that on this 4th day of February, 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

/s/ *Hannesson I. Murphy*
Hannesson I. Murphy (#0128589)
**BARNES & THORNBURG LLP**

DMS 16512896